**From: The District Court of the 22nd Judicial District.**
**County of Big Horn.**

STATE OF MONTANA,
   Plaintiff,                            No. DC-01-014
vs.                                      Decision
THOMAS J. BRAATON,
   Defendant.

On May 20, 2002, the defendant was sentenced to twenty (20) years in the Montana State Prison, with fifteen (15) years suspended, for Criminal Distribution of Dangerous Drugs, a felony.

On November 15, 2002, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was advised of his right to be represented by counsel. The defendant proceeded without counsel. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he did not wish to proceed.

Therefore, it is the unanimous decision of the Sentence Review Division that the application for review of sentence shall be dismissed.

Done in open Court this 15th day of November, 2002.

DATED this 11th day of December, 2002.

Chairman, Hon. David Cybulski; Member, Hon. Katherine R. Curtis and Member, Hon. Marc Buyske.

**From: The District Court of the 13th Judicial District.**
**County of Yellowstone.**

STATE OF MONTANA,